# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

David Oppenheimer,

      Plaintiff,

v.

Michael C. Scarafile, Patricia R. Scarafile,
Sheila Glover Romanosky, and
O'Shaughnessy Real Estate, Inc., d/b/a
Carolina One Real Estate,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 2:19-cv-3590-RMG

**Memorandum in Support of Defendants'
Motion for Summary Judgment**

**Exhibit #19**

EXHIBIT # 19

<span style="color:red">CONFIDENTIAL – FILED UNDER SEAL</span>
*See* ECF 84-2