**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

David Oppenheimer,   )
                    )
     Plaintiff,   )
                    )
v.                   )
                    )
Michael C. Scarafile, Patricia R. Scarafile,   )
Sheila Glover Romanosky, and   )
O'Shaughnessy Real Estate, Inc., d/b/a   )
Carolina One Real Estate,   )
                    )
     Defendants.   )
                    )
                    )
_____   )

CASE NO:  2:19-cv-3590-RMG

**Memorandum in Support of Defendants'**
**Motion for Summary Judgment**

**Exhibit #20**

EXHIBIT # 20

<u>Oppenheimer v. Griffin</u>, No. 1:18-cv-272-MR Dkt. 23 (Mar. 13, 2020, W.D.N.C.)
Hearing Transcript

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| David Oppenheimer, | ) | CASE NO:  2:19-cv-3590-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael C. Scarafile, Patricia R. Scarafile, | ) | **Defendants' Exhibit #50 – *Oppenheimer*** |
| Sheila Glover Romanosky, and | ) | ***v. Griffin* Hearing Transcript** |
| O'Shaughnessy Real Estate, Inc., d/b/a | ) | |
| Carolina One Real Estate, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ———————————————— | ) | |

EXHIBIT # 50

```
 1              UNITED STATES DISTRICT COURT

 2           WESTERN DISTRICT OF NORTH CAROLINA

 3                  ASHEVILLE DIVISION

 4

 5
     DAVID OPPENHEIMER,          )
 6                               )
              Plaintiff,         )   1:18-cv-00272-MR
 7                               )
     vs.                         )
 8                               )
     JAMES SEAN GRIFFIN and      )
 9   JENNIFER FOWLKES GRIFFIN,   )
                                 )
10            Defendants.        )
     _____ )
11

12

13            TRANSCRIPT OF MOTION HEARING

14

15   Proceedings in the matter of Cause: 17:101 Copyright

16   Infringement held before the Honorable Martin

17   Reidinger on the 4th day of December, 2019, in the

18   United States District Court, Western District of

19   North Carolina, 309 U.S. Courthouse Building, 100 Otis

20   Street, Courtroom 1, Asheville, North Carolina,

21   commencing at 2:00 p.m. and reported by Sarah G.

22   Pierce, Registered Professional Reporter and Notary

23   Public for the State of North Carolina.

24

25
```

**ORIGINAL**

CarolinaOne_013176

```
 1                    APPEARANCE OF COUNSEL

 2

 3   On behalf of the Plaintiff:

 4           DANA A. LEJUNE, ESQ.
             LeJune Law Firm
 5           1225 North Loop West
             Suite 825
 6           Houston, Texas   77008
             713.942.9899
 7           dlejune@triallawyers.net

 8

 9   _____

10                    INDEX TO EXAMINATIONS

11

     Examination of David Oppenheimer          Page No.
12

13   By Mr. LeJune                             21

14   By The Court                              26

15   _____

16

17

18

19

20

21

22

23

24

25
```

CarolinaOne_013177

```
 1                P R O C E E D I N G S

 2

 3        THE COURT:  Good afternoon.  We have one

 4   matter that is on the calender for this afternoon.

 5   That is Oppenheimer versus Griffin which is on for

 6   Plaintiff's Motion for Entry of a Default

 7   Judgment.

 8        I see counsel who I do not recognize.  So, I

 9   will allow counsel to announce his appearance.

10        MR. LEJUNE:  Yes, Your Honor.  I'm Dana

11   LeJune.

12        THE COURT:  And who do you have with you?

13        MR. LEJUNE:  This is David Oppenheimer.

14        THE COURT:  Okay.  As a preliminary matter,

15   Mr. LeJune, have you provided any notice to the

16   Defendants with regard to today's hearing?

17        MR. LEJUNE:  No, Your Honor.  They refused

18   all communications and I've never gotten a

19   response from either of the Griffins.  The only

20   time I was able to communicate with them -- I did

21   get read receipts from some e-mails before the --

22   well, after the private process server was

23   unsuccessful and before the Court directed FedEx

24   mailing.

25        I did speak to Mr. Griffin on the phone one
```

1   time.  He answered the call but only because I

2   blocked my number, and as soon as I introduced

3   myself he hung up.

4       THE COURT:  Well, and I wanted to ask you

5   about that because in what you filed here you

6   included a copy of an e-mail that you sent,

7   ostensibly, to both Defendants that refer to

8   following up on a telephone conversation that you

9   had with at least one of the Defendants.

10      MR. LEJUNE:  Correct.

11      THE COURT:  It read as though it was a lot

12  more of a communication than simply introducing

13  yourself and then Mr. Griffin hanging up because

14  you refer to responses that you got from him, the

15  indication that he had consulted with an attorney,

16  albeit a cousin or brother-in-law or something

17  like that.  So there seems to have been more

18  communication than simply somebody hanging up on

19  you.

20      MR. LEJUNE:  You are refreshing my

21  recollection, Your Honor, but I do know that he

22  terminated the call.

23      THE COURT:  Well, one of the reasons that I

24  asked about whether there was any notice to the

25  Defendants was the next thing that I want to

CarolinaOne_013179

1    address is with regard to the service of process

2    issues.  And, obviously, if they were here this

3    would be a lot easier.  But what I don't want to

4    do, particularly with a Default Judgment that has

5    a little bit of complexity to it like this one

6    does -- it's not your ordinary promissory note

7    type of Default Judgment.

8        I don't want to go through all this and then

9    have somebody come back later and move to set

10   aside the entry of default because they didn't get

11   proper service of process.

12       In looking at the record it appears that the

13   Summons and Complaint was served actually on

14   someone by the last name of Amara, not anyone

15   named Griffin.  Do you know who this person is?

16       MR. LEJUNE:  I don't have personal knowledge

17   of who Amara is, but my understanding from the

18   private process server is that this is a 60-acre

19   high fenced compound with an electric gate.  And

20   that there are at least three structures on the

21   property.  One is a business; the other is a home.

22   I believe it's their homestead.  And the other is

23   some type of a storage facility.

24       And I believe -- my recollection is it's 60

25   plus acres, and that they -- their business

CarolinaOne_013180

1  appears to be some type of landscaping and dirt.

2  They sell dirt and different types of dirt and

3  rock.  And that there are numerous implements on

4  the -- mechanical bulldozers and such on the

5  property.

6      And I believe that Amara is the receptionist

7  at the business where the Griffins operate their

8  business, which is also on the same 60 acres as

9  their home.  At least the real property records

10  reflect that that is their homestead.

11      THE COURT:  Well, and you've recounted a lot

12  of what I have gleaned from the record because at

13  least on one of these persons from FedEx refers to

14  this Mr. or Ms. Amaro as receptionist, front desk,

15  which implies that it's a business.  But you've

16  served both Defendants at the same location signed

17  for by the same person.

18      Do you have knowledge that both Defendants

19  work at that business?  Because, for instance, if

20  you have Mr. Griffin working at the business and

21  his receptionist had signed for it, that wouldn't

22  be good service on Mrs. Griffin.

23      And it seems like that the service questions

24  are very ambiguous based on what I have in the

25  record here.  I don't want to piecemeal this.  If

CarolinaOne_013181

1  you have a good explanation to sort of clear up

2  the issues for me, please let me know what it is.

3      MR. LEJUNE:  My understanding is that Mr. and

4  Mrs. -- according to the background reports that I

5  did on the two of them, one was Lexis People

6  Finder.  It's a pretty comprehensive thing, and

7  the other was a Transunion TLO comprehensive

8  report.

9      Those reflect that they both work at that

10  location for the family business which is, like I

11  said, some kind of dirt -- they sell dirt and

12  landscaping services.

13      THE COURT:  So you feel sufficiently

14  confident that either this Mr. or Ms. Amara had

15  the authority to receive service of process for

16  both Defendants at that location?

17      I don't want to go through this process and

18  you come back later and say I really ought to go

19  back and re-serve this thing.

20      MR. LEJUNE:  I've tried every way we could,

21  Your Honor.  My gut told me that we should have

22  posted the documents on the electric gate, but my

23  recollection is that the Court did not want to

24  order that kind of service, and I believe -- my

25  recollection is that the Court suggested the

1    FedEx, and I did the best I could.  We tried every

2    which way.  Your Honor, we spent almost $500 with

3    the process server trying to get service on these

4    folks, personal service.

5        And there are, by the way, there are a lot of

6    notes on the process server's statement.  I don't

7    believe I made that an exhibit.  If the Court

8    would like, I have marked it Plaintiff's Exhibit

9    Number 5, and I can provide that to the Court.

10       THE COURT:  Well, when you are referring to

11   the process server's statement, that's not the

12   statement from FedEx.  You are talking about when

13   there was a failed attempt to serve process.

14       MR. LEJUNE:  Correct.  But there is lots of

15   detail in here about why it failed, and that it's

16   a compound and so forth.

17       THE COURT:  Well, if that is your basis for

18   having confidence that you have good service, we

19   can go ahead and go forward.  I think you have a

20   prima facie record of good service.  I just, I

21   want to avoid two things.  I want to avoid you

22   coming back a week after I enter the Judgment and

23   saying, now that I've thought about it I want to

24   do it over.

25       And I want to avoid the situation of Mr. or

CarolinaOne_013183

1    Mrs. Griffin coming in a week after I enter

2    Judgment making a motion to say, move to set aside

3    the entry of Default Judgment for failure of

4    service of process.

5         If you have sufficient confidence that I'm

6    going to avoid both of those problems we can go

7    ahead and proceed.

8         MR. LEJUNE:  I have sufficient confidence

9    that you will avoid the first one.  And I have

10   probable cause to believe that they will not lift

11   a finger to do anything about this Judgment.

12        THE COURT:  Well, then let's move on to my

13   next question because this is one that is of, I

14   guess, procedural significance.  That the Motion

15   For Entry of Default Judgment that you filed kind

16   of left me scratching my head.

17        For one thing -- and I don't want to make a

18   big deal out of this but our local rules require

19   that the motion be filed with the attachments that

20   support the motion, and then if you are going to

21   file a brief that that has to be docketed as a

22   separate document, and you put it all in one.

23        I guess the Clerk could have stricken the

24   document and made you do it over.  I could have

25   done that too, but we didn't.

CarolinaOne_013184

1        But what left me scratching my head was not

2    the failure to follow the rules.  It was on the

3    face of the document it says Jury Demanded.  But

4    then the text of the document presents what is in

5    essence the argument that I would have expected to

6    be presented to the jury if you really wanted a

7    jury.

8        And then one of the attachments was an

9    Affidavit from Mr. Oppenheimer which I would not

10   have expected to see as part of the filing if you

11   were expecting to present this to a jury.

12       So I set this for a hearing based on the

13   presumption that this reference to a jury demand

14   was simply an accident of copy and paste from the

15   complaint.

16       MR. LEJUNE:  Absolutely.

17       THE COURT:  Okay.  So you are here today to

18   present your Motion For Default Judgment for a

19   ruling from the Court as to the evaluation of the

20   judgment, entry of the judgment, determination of

21   the amount of damages, is that correct?

22       MR. LEJUNE:  Yes, Your Honor.  I would not

23   trouble eight people to do what the Court can do

24   in short order.

25       THE COURT:  Well, back years ago doing what

1    we used to call a Default and Inquiry -- in other

2    words, having a jury determine the amount of

3    damages on a Default Judgment was the common

4    practice, and I just thought maybe you were a

5    throwback to the way things were done years ago.

6         Let's move on to some of the substance here,

7    because after reading everything that you had

8    submitted I was unclear about what you were

9    wanting the Court to do.  The first question I

10   have has to do with the election that a Plaintiff

11   has with regard to copyright damages, about the

12   election between statutory damages and actual

13   damages under a 504B and C.

14        When I read what you had submitted I read

15   quite a bit like you were starting to present

16   evidence of actual damages, and then you shifted

17   over to arguing about an election for statutory

18   damages, and that could be interpreted two ways.

19        Either you are giving me this information

20   about actual damages so that I can better evaluate

21   where in the range the statutory damages should

22   be; or, that you have not yet made an election as

23   to whether you want actual damages or statutory

24   damages.

25        So let me ask the threshold question.  Which

CarolinaOne_013186

1    of those is what you intend?

2        MR. LEJUNE:  The only reason that I put any

3    information in Mr. Oppenheimer's Affidavit and the

4    Motion on what he would have charged for a license

5    for this use, is to give the Court some idea of

6    just one element of the statutory damage range.

7        There are a lot of other elements, including

8    whether the acts were willful or non-willful, but

9    the only reason I included the amount that Mr.

10   Oppenheimer probably could and maybe should have

11   charged for this use the way they used it, and are

12   still using it, Your Honor -- and that's one thing

13   that I wanted to point out to the Court.  They

14   have not stopped.

15       THE COURT:  Well, that's why you are seeking

16   the injunctive relief as well as damages, correct?

17       MR. LEJUNE:  That is correct, Your Honor.

18       THE COURT:  With regard to that particular

19   portion of what you have submitted, this $9,000

20   plus, in reading the Affidavit and in reading what

21   you have submitted you didn't really give me any

22   basis for how that number was arrived upon.  It

23   seemed more or less like it was pulled out of the

24   air.

25       If there is a calculation that underlies it,

CarolinaOne_013187

1    if it was not disclosed, why should that number

2    mean anything to me?  Or maybe should I ask, what

3    do you want that number to mean to the Court?

4         MR. LEJUNE:  Well, Your Honor, I think like I

5    said, it's just one factor that feeds into the

6    Court's determination or the trier of facts

7    determination as to what an appropriate statutory

8    damage award ought to be.  And if the Court wants

9    me to -- I can tell you that Mr. Oppenheimer uses

10   a computer program called Fotoquote and it's

11   F-o-t-o-q-u-o-t-e, and that program has -- I don't

12   know, thousands of variables that you plug in to

13   come up with a license fee that it gives some

14   basis for the license fee.

15        And some of those variables were discussed in

16   Mr. Oppenheimer's Affidavit which were that it is

17   a -- I mean, he's up in a plane, in an airplane,

18   and it's an open cockpit, or somewhat open.  And

19   he's hanging out of the upper part of the cockpit

20   to take --

21        THE COURT:  That's the part you gave me.  I

22   got that part.  But, again, it seems to me as

23   though it's a number that's pulled out of the air.

24   And let me go further with my question.

25        Here is one reason why that number did not

1  make a lot of sense to me, because the use to

2  which the Defendants apparently put this

3  photograph was as one photograph out of many on a

4  listing for a rental property, a vacation rental

5  property, to identify the location of the

6  property.

7       In fact, it's this photograph and then there

8  is a circle with an arrow, I believe, that says,

9  "Here is where the house is."

10      And it seems that that is a relatively

11 minimal use.  In other words, it is a very small

12 part of what use -- it's a very small part of what

13 the Defendants were doing in listing this

14 property.

15      As a result of that, it seems that for that

16 sort of use, no Defendant, no property listing

17 person would have any interest in paying a $9,700

18 license fee for a location photo.

19      Therefore, it seemed to me that this number

20 was pulled out of the air, or at least was

21 completely detached from the nature of the use to

22 which the Defendants put it.  And, therefore, it

23 became an entirely hypothetical number.  It was a

24 number based on the background of the

25 photographer, not the background of the use.

CarolinaOne_013189

1          MR. LEJUNE:  May I respond?

2          THE COURT:  So tell me why that number should

3     mean anything to me.

4          MR. LEJUNE:  While the photograph is one

5     of -- I don't know, I didn't count them -- 15

6     different photographs, each of the photographs on

7     the website when one clicks on it takes up the

8     whole screen.  It opens up.  And it's not just a

9     location -- it's not just revealing the location

10    of their rental property in relation to the ski

11    mountain.  It is an advertising -- it shows the

12    slopes, and it shows the surrounding area, and it

13    is an enticement for people to rent a house at

14    that mountain.  And so it really is more than one

15    of several.  It is as important as any of them,

16    and probably as important as the interior photos

17    of the rental property.

18          With regard to why the number that Mr.

19    Oppenheimer derived from to put in there, I'm

20    happy to have -- if the Court wants to ask Mr.

21    Oppenheimer questions about that, or have me ask

22    him to better support that number as being just

23    one part of the statutory damage range, I'm happy

24    to have either one of those happen.

25          THE COURT:  Well, this isn't my proceeding.

1    I don't tell lawyers how to try their case.  If

2    you want to supplement your record in light of the

3    fact that it has been set for hearing I'll allow

4    you to put a witness on the stand if you want to.

5    I'm not telling you that I expect it.  I'm not

6    telling you that I want you to.

7        MR. LEJUNE:  Well, it sounds like I ought to,

8    so whenever the Court is ready for me to do that

9    I'm willing.

10        THE COURT:  Well, let me go through some of

11    these other questions because it may have an

12    effect on what you want to ask this witness,

13    because part of what you argue in your motion has

14    to do with this so-called scarcity factor.  That

15    because of the nature of what was involved in

16    taking this photograph that there is a certain

17    multiplier factor that could or that should come

18    into play.

19        But in terms of showing an aerial shot,

20    whether by photograph or other means, schematic,

21    et cetera, of something that's as popular as the

22    Beach Mountain Ski Resort, you can get on the

23    internet and this photograph is not at all unique.

24    There are several other photographs.  I notice

25    that some of them are also taken by Mr.

CarolinaOne_013191

1    Oppenheimer.  But there are several other
2    photographs of the same set of ski slopes.
3         There is a lot of promotional material that
4    is published by the Beach Mountain Ski Resort that
5    show very much the same thing.  Under those
6    circumstances, how is there any scarcity?  The
7    cases that you cite regarding the scarcity factor
8    seem to be in a very different context of a
9    photograph that was of a particular thing that's
10   very hard to photograph, nobody else had managed
11   to photograph it.  It was no longer available to
12   photograph.  I can also see it like in the context
13   of, I think the ordinary context of a scarcity
14   factor is the Zapruder film.  That one image of
15   that one moment that nobody else got.  None of
16   this has any application here, does it?
17        MR. LEJUNE:  Well, Your Honor, I would say
18   this.  Having not deposed the Griffins, I believe
19   that they picked this image out of all of those
20   others that they could find on the internet
21   because it was the best.  Because it best
22   represented what they wanted to depict, to depict
23   to advertise their ski lodge.
24        And the fact that they didn't pick
25   photographs of, or a photograph of Beach Mountain

CarolinaOne_013192

1  that's on the Beach Mountain website tells you

2  that this image is, I think better than the

3  others.

4       In terms of scarcity it does take some --

5  this image also was taken after a very heavy and

6  rare snow storm in that area.  I believe --

7       THE COURT:  Wait a minute.  In the area

8  around Boone you are calling it a rare snow storm?

9  They are not rare up there.  They have snow storms

10 every other week in that area.

11      MR. LEJUNE:  I think this one was a

12 particularly big storm.  I would have to look at

13 the Almanac.  But I would also point out to the

14 Court that the scarcity of a really good

15 photograph, aerial photograph of Beach Mountain

16 has to do with the equipment that's used, the

17 pilot that is flying, and the skill of the

18 photographer.

19      And so while those elements might not be

20 obvious to the Court or to a lay person just

21 casually looking at the picture, I think when

22 compared with the others that might be available

23 on the internet, either for license or not for

24 license, I think this image will stack up as a

25 rare shot.

1        THE COURT:  Are there any particular factors

2   that you can point to in this photograph that make

3   it such a rare shot, or that can cause you to look

4   at it as a basis for this one being the best

5   depiction of what is there compared to what else

6   is available?

7        MR. LEJUNE:  I think I would let Mr.

8   Oppenheimer speak to that.

9        THE COURT:  Okay.  Well, I would say it

10  sounds like you are going to be calling him, so

11  we'll go on to that here in just a few minutes.

12       I have several questions that are of a legal

13  nature, but I want to leave those until after I've

14  heard all the evidence.  But there is one thing

15  that may play into some evidence that you want to

16  present.  And it doesn't have to do with the 504

17  damages but it does have to do with the DMCA

18  damages, and that has to do with the number of

19  violations.  Because in going through the material

20  in the file it appeared to me that this photo was

21  posted by the Defendants.

22       It is alleged that it was posted by the

23  Defendants and, therefore, admitted by virtue of

24  their default, but it was posted to 10 websites,

25  not 12.

CarolinaOne_013194

1        MR. LEJUNE:  I think we made a mistake.

2        THE COURT:  Okay.

3        MR. LEJUNE:  I figured that out just before

4   we started the hearing.  I think it's 11 and not

5   12.

6        THE COURT:  Okay.  I came up with 10, but

7   maybe that is something else that as a matter of

8   fact that you might want to clear up with the

9   evidence.

10       I have other questions that go to

11  interpretations of the law, but I at least wanted

12  to throw those things out before you put any

13  witness on the stand.  So if you are wanting to

14  call Mr. Oppenheimer, I would say now would be the

15  opportunity.

16       MR. LEJUNE:  Yes, Your Honor.  Do you want

17  him to go to the witness box or can he testify

18  from here?

19       THE COURT:  No.  I want him to come forward

20  to the Clerk's desk to be sworn and then to get up

21  on the witness stand.

22       MR. LEJUNE:  Thank you, Your Honor.

23       COURTROOM DEPUTY:  Would you put your left

24  hand on the Bible, please, and raise your hand.

25       Do you solemnly swear the testimony you are

CarolinaOne_013195

1       about to give in the matter now before the Court

2       will be the truth, the whole truth, and nothing

3       but the truth, so help you God?

4           MR. OPPENHEIMER:  Yes, I do.

5           THE COURT:  You may proceed.

6           MR. LEJUNE:  Thank you, Your Honor.

7                       EXAMINATION

8  BY MR. LEJUNE:

9       Q.   Mr. Oppenheimer, did you review your

10  Declaration that's attached to the motion this

11  morning?

12      A.   Yes.

13      Q.   And I just want to be sure that, did you want

14  to make any corrections or changes to that

15  Declaration?

16      A.   No.

17      Q.   You heard Judge Reidinger.  He has some

18  issues.  He has some problems with the relative --

19  well, first of all, that he would like more

20  information from you about how you came up with the

21  9,000 plus dollars damage in license fees had you been

22  asked for a license fee.  Do you have anything to add

23  to that?

24      A.   Fotoquote has a coaching guide.  I don't have

25  the program in front of me and didn't review it before

CarolinaOne_013196

1    coming here today.  But it suggests value-added

2    factors for a license, and some of those value-added

3    factors are risk, cost; whether or not it's an aerial

4    photo which is separate from risk which creates a

5    unique photo; whether the photo is used with a

6    watermark which prevents further infringements or

7    downloading infringements; and separate from a

8    watermark, whether or not the work is used with

9    attribution.  And those are all value-added factors,

10   which those I believe were relevant in this matter.

11          Also, Photoquote recommends licensing per

12   website, and so this wasn't 9,000 plus dollars for use

13   in one website, but it was use of nearly two dozen.

14   And Photoquote recommends a 10 percent discount after

15   the third website, I believe.  So it's not like

16   license it for one website and then, you know, pay 10

17   percent more for each additional website.  It's

18   significant to use across the board on every booking

19   agency and travel type website, you know, or quite a

20   few.

21      Q.   And did you use a length of time variable to

22   come up to input into the Photoquote?

23      A.   Photoquote also considers duration of use,

24   and I can't recall offhand if we had put one or two

25   years in at the time.

CarolinaOne_013197

1      Q.   It was two.

2           THE COURT:  Mr. LeJune, let the witness

3      testify rather than you doing it.

4           MR. LEJUNE:  Yes, sir.  Yes, sir.

5  BY MR. LEJUNE:

6      Q.   Do you know if it was more than two years?

7      A.   I believe they are still using -- I looked

8  and they are using the photos on at least four

9  websites as of today.

10     Q.   And what are those websites?

11     A.   One is Travelocity.  I think Ebookers, I

12 believe Orbitz, and there is a fourth one.

13          MR. LEJUNE:  May I refresh his memory, Your

14     Honor?

15          THE COURT:  You may.

16 BY MR. LEJUNE:

17     Q.   I believe that's the fourth one.

18     A.   Expedia.

19     Q.   And did you print these off this morning?

20     A.   From my computer, from the internet, not from

21 anything else cached.

22     Q.   The Court brought up a point that I think is

23 interesting, and I wanted to see if you had any

24 information on that.  Judge Reidinger mentioned that

25 he suspected that no single property, home, or resort

1    owner would ever want to spend 9,000 plus dollars to

2    use a photograph like this one.  Have you ever

3    licensed any of your photographs for that kind of

4    money?

5    A.    I work a lot on selling prints.  That's a big

6    effort in my photography business, and while I do

7    license them for a single image, I don't think I have

8    received that kind of payment.  But I would if some of

9    the companies that have infringed had contacted me

10   initially.

11   Q.    Okay.  Did you look at any other images of

12   Beach Mountain, or have you ever looked at any other

13   images, aerial images of Beach Mountain?

14   A.    I tend not to look at other people's work at

15   stuff that I'm going to do.  You know, in looking at

16   my photos online after the fact I've seen similar

17   ones, but none come to mind.  I rarely look at other

18   people's works that are similar to mine.

19   Q.    The Judge had a question.  He was wondering

20   is there anything that makes this image special or

21   super special, in your mind, as opposed to others that

22   are on the web?

23   A.    I believe that I've honed in a skill and

24   technique to capture the Blue Ridge Mountains in a

25   unique way that very few people have tried, let alone

CarolinaOne_013199

1    successfully undertaken.  The low altitude open canopy

2    aircraft without having glare and reflection and

3    distortion is kind of unique.  Not many people do open

4    air aerial photography.

5            This was after a particularly large snow

6    storm, and Boone does get a lot of snow and they do

7    make snow, so the slopes typically have snow

8    throughout the winter.  But in this picture the tree

9    tops and the surrounding mountain sides were covered

10   with snow which really added to the effect, you know,

11   because there is a lot of years where it's warm and

12   the trails will have snow but everything else doesn't,

13   and it doesn't look as much like a ski area.

14           And this photo was taken kind of to the

15   front.  And it's a tricky lighting situation because

16   it's a north facing mountain and so the sun is

17   backlit, and balancing out the exposure and also the

18   shutter so that there is not a blur makes -- there is

19   a lot of creative decisions that go into creating

20   works like this.

21           And when I'm up there I usually don't see

22   other planes flying around doing -- even in a peak day

23   of fall color this year I was up flying and I didn't

24   see anyone else for two hours.

25       Q.   So, I wanted to satisfy the Judge.  This

CarolinaOne_013200

1    morning you and I discovered that there were not 12,

2    as argued in the Motion, different websites where we

3    know it was used.  Do you know how many there actually

4    were?

5        A.   I didn't realize the discrepancy until after

6    I had left the house and so I wasn't able to go

7    through my records and see if there was one that we

8    left out, and we did have 12 or we miscounted.

9        Q.   Well, it's A through K and I count 11.

10       A.   I've counted 11 on the document but for some

11   reason I had thought it was 12, so I'm not sure where

12   that discrepancy came in.  But I'm certain from

13   looking at the Declaration and reviewing the websites

14   that those are 11 distinct, different websites.

15            And we had a concern that some of these might

16   be unrelated listings but they showed the inside of

17   the same house, so it was unlikely that it was a

18   different property and a different person.

19       Q.   Okay.  I think that's all I have for you.

20                      EXAMINATION

21            THE COURT:  I want to follow-up on a couple

22       of things, Mr. Oppenheimer.  First on this issue

23       of the website, on the websites that are listed in

24       your Affidavit, of the 11 that are listed, A

25       through K, three of them are on the same website,

1    homeaway, with almost identical information.  Is

2    that three times that the photo is posted on the

3    same listing or are those different listings?

4        THE WITNESS:  Can I grab my Declaration?

5        THE COURT:  Mr. LeJune, if you would please

6    hand a copy to Mr. Oppenheimer.

7        MR. LEJUNE:  May it please the Court.

8        THE COURT:  I'm looking at paragraph 6 of

9    your Declaration where it has subparts H, I and J.

10       THE WITNESS:  I've made a mistake here, and

11   those are image URLs not actual listing URLs, and

12   I apologize to the Court for that mistake.

13       THE COURT:  So there are nine that you are

14   identifying, is that correct?

15       THE WITNESS:  I'm counting eight complete

16   different websites that displayed the work.  I

17   apologize again.

18       There is booking.com, vrbo.com,

19   rentbyowner.com, expedia.com, travelocity.com,

20   ebookers.ie, j2ski.com and homeaway.com, and I did

21   not catch that those were image URLs.

22       THE COURT:  The only thing I wanted to

23   follow-up on is this Photoquote software.  Have

24   you ever used that Photoquote software to arrive

25   upon an amount in an agreement for a license for

1   one of your photographs?

2       THE WITNESS:  I think I'm understanding you

3   correctly.  Have I used it in my business practice

4   to establish licenses?

5       THE COURT:  Well, my question is narrower

6   than that.  Have you ever used that software to

7   come up with a licensing value that was then

8   placed into a licensing agreement where the

9   licensee agreed to that figure?

10      THE WITNESS:  Not that I recall.  It's

11  usually negotiated, but I use that as a starting

12  point.

13      THE COURT:  Okay.  Thank you.

14      Mr. LeJune, do you have anything else that

15  you want to follow up with with Mr. Oppenheimer?

16      MR. LEJUNE:  I don't believe so, Your Honor.

17  Thank you.

18      THE COURT:  Thank you, Mr. Oppenheimer.  You

19  may return to your table.

20      Mr. LeJune, I mentioned earlier that I still

21  had some questions of a legal nature.  The first

22  one has to do with 504 damages.  Am I correct to

23  understand that the award of 504 damages, whether

24  actual damages or statutory damages, would be one

25  one award of damages as jointly and severally

1   against both Defendants?

2       MR. LEJUNE:  Correct.  One statutory damage

3   award is allowed per work infringed not -- unlike

4   the DMCA, it's not per iteration of infringement.

5       THE COURT:  And since it was eight work

6   infringed by Mr. and Mrs. Griffin acting in

7   concert, it would be one award and they would be

8   jointly and severely liable, and that's what you

9   are seeking, correct?

10      MR. LEJUNE:  Yes, sir.

11      THE COURT:  And I think you partially

12  answered this a moment ago with regard to the

13  DMCA, and that is even though it's the same image

14  that was posted to each of these different

15  websites, do I understand correctly that it is

16  your contention that each posting to a separate

17  website therefore constitutes a separate violation

18  entitling Mr. Oppenheimer to a separate award of

19  damages under the DMCA?

20      MR. LEJUNE:  Yes, sir, that is I believe a

21  correct statement of the law in every circuit.

22  And so that the removal of the digital copyright

23  management information is probably more important

24  and more damaging to Mr. Oppenheimer than had they

25  cropped out his circle C or left it completely

CarolinaOne_013204

1    intact.

2        I probably should have asked him this but my

3    understanding, Your Honor, is that the copyright

4    management information he puts in the digital

5    images that has such things as his name, his

6    mailing address, his website address, his e-mail

7    address, it has a lot of information there so that

8    he doesn't lose control of his photograph.

9        We've had -- with Mr. Oppenheimer, in fact,

10   we've had cases where downstream infringers all

11   claimed innocent infringement because the works

12   had no indication that they were protected by

13   copyright because his information was cropped out

14   and removed from the digital CMI.

15       And it's especially true of realtors.

16   Realtors tend to like to use these photographs

17   that they get off the internet to sell property,

18   and they will remove everything and crop it down

19   so that -- and it goes into the MLS and it just

20   goes wild because -- and some of the realtors

21   don't even know how to call it back or get it off

22   of there.  And so that's a real problem with the

23   internet and how's easy is to right click and

24   take.

25       THE COURT:  It seems like realtors would know

CarolinaOne_013205

1  very easily how to get it off of there simply by

2  selling the property and making it unavailable.

3      MR. LEJUNE:  Right.  I have had one case

4  where Carolina MLS is a separate entity from the

5  national MLS, and the lawyer that was defending

6  the infringer simply could not get them to take it

7  down.  It went on for months, and I don't know why

8  that is, but the realtors themselves could not get

9  it down with key strokes.

10     THE COURT:  With regard to there being a

11  separate award of damages under the DMCA for each

12  separate posting or posting to a separate website,

13  would you argue that those amounts should be the

14  same, or is there like a decreasing sanction?

15     I don't want to say a decreasing value

16  because that's not what DMCA is trying to measure.

17  But is there a decreasing sanction as there are

18  more violations?

19     MR. LEJUNE:  I haven't thought about it, Your

20  Honor.  I can't really comment on that.  I would

21  suspect that they all should be the same because

22  it is a penalty for the act of removal and

23  distribution, and I just don't see what the

24  argument would be for reduction.

25     If we knew in time when the first one got on

CarolinaOne_013206

1    VRBO or whatever, and each one successively in

2    terms of the chronology, if that were possible,

3    perhaps the latest one perhaps should be a lesser

4    penalty.  But I don't know how to determine the

5    chronology of postings on these websites.

6         Sometimes the internet archive that was

7    called the Wayback Machine, one can determine that

8    but it doesn't -- it's not very accurate.  It

9    doesn't crawl every website every day, and so you

10   might be able to pin it down to a 30 or 60-day

11   period but you might not.  Probably would not be

12   able to for every one.

13        THE COURT:  Okay.  I think you have covered

14   everything that I wanted to ask you, and of course

15   asking questions was my whole reason for setting

16   this for hearing.  But you have covered everything

17   that I had in my notes that I wanted to cover so

18   if you have something else that you want to add

19   this is your opportunity.

20        MR. LEJUNE:  Your Honor, the only thing I

21   would say is that in almost 36 years of practice,

22   and I'm a litigation practice, I have never had so

23   much trouble getting a Defendant served, even

24   after communicating with them that, you know, we

25   are not going to just forget about it.  We are

1    going to go forward with a lawsuit and we are

2    going to get a Judgment.

3         I just never have spent this much time

4    getting to the point where we are now.  And I have

5    never tried to collect a Judgment in Florida, but

6    I understand it's more a debtor state than even

7    Texas is, and so --

8         THE COURT:  Under the circumstances here

9    that's not your problem because you have the

10   property in North Carolina to go after.

11        MR. LEJUNE:  One never knows what the

12   mortgage -- how mortgaged up the property is.  And

13   I've tried to figure that out and haven't been

14   able to yet.  And I suspect I will do post

15   Judgment discovery, and maybe subpoena the lender,

16   but I understand Florida is a difficult place to

17   collect a Judgment.

18        And this property as far as I can tell is the

19   only property that this couple owns in the State

20   of North Carolina.

21        So thank you for taking your time to hear us

22   out, Your Honor, and I have a new respect for

23   Judge Reidinger.  I didn't expect to argue or

24   answer any questions.  Usually it's just you file

25   the documents and you get a Judgment.  So, I

1    appreciate the Court giving us this time.

2         THE COURT:  If I have a reputation at all it

3    is the reputation of always having a hundred

4    questions, so that's what you got today.

5         MR. LEJUNE:  I know that now.  Thank you,

6    Your Honor.

7         THE COURT:  Thank you for your presentation.

8    I appreciate all the time that you've put into

9    this.

10        Marshall, that's the last item that we have

11   on the calendar for today, so if you could recess

12   us until further call.

13        COURTROOM MARSHALL:  All rise, please.

14        This Honorable Court stands in recess until

15   further call.  God save this United States and

16   this Honorable Court.

17        (Proceedings concluded at 3:00 p.m.)

18

19

20

21

22

23

24

25

CarolinaOne_013209

```
 1                C E R T I F I C A T E

 2   NORTH CAROLINA

 3   HENDERSON COUNTY:

 4

 5            I, Sarah G. Pierce, RPR, and Notary Public in

 6   and for the State of North Carolina, do hereby certify

 7   that on December 4, 2019, that the foregoing

 8   Proceedings was taken by me in stenotype and

 9   thereafter reduced to typewritten form by me; that the

10   foregoing is a true record of the Proceedings and

11   testimony given by the witness.

12            I further certify that I am not of kin or

13   associated with any of the parties to this action or

14   their counsel and that I am not interested in the

15   events thereof.

16            This the 10th day of March, 2020.

17

18

19                         _____
                           Sarah G. Pierce, RPR
                           Notary Public Number 201532200163
20                         My Commission Expires
                           November 16, 2020.
21

22

23

24

25
```

CarolinaOne_013210

| $ | | |
|---|---|---|

**$500**  8:2

**$9,000**  12:19

**$9,700**  14:17

| 1 |
|---|

**10**  19:24
20:6
22:14,16

**11**  20:4
26:9,10,
14,24

**12**  19:25
20:5 26:1,
8,11

**15**  15:5

| 3 |
|---|

**30**  32:10

**36**  32:21

**3:00**  34:17

| 5 |
|---|

**5**  8:9

**504**  19:16
28:22,23

**504B**  11:13

| 6 |
|---|

**6**  27:8

**60**  5:24 6:8

**60-acre**  5:18

**60-day**  32:10

| 9 |
|---|

**9,000**  21:21
22:12 24:1

| A |
|---|

**Absolutely**
10:16

**accident**
10:14

**accurate**
32:8

**acres**  5:25
6:8

**act**  31:22

**acting**  29:6

**acts**  12:8

**actual**
11:12,16,
20,23
27:11
28:24

**add**  21:22
32:18

**added**  25:10

**additional**
22:17

**address**  5:1
30:6,7

**admitted**
19:23

**advertise**
17:23

**advertising**
15:11

**aerial**  16:19
18:15 22:3
24:13 25:4

**Affidavit**
10:9 12:3,
20 13:16
26:24

**afternoon**
3:3,4

**agency**  22:19

**agreed**  28:9

**agreement**
27:25 28:8

**ahead**  8:19
9:7

**air**  12:24
13:23
14:20 25:4

**aircraft**
25:2

**airplane**
13:17

**albeit**  4:16

**alleged**
19:22

**allowed**  29:3

**Almanac**
18:13

**altitude**
25:1

**Amara**  5:14,
17 6:6
7:14

**Amaro**  6:14

**ambiguous**
6:24

**amount**  10:21
11:2 12:9
27:25

**amounts**
31:13

**announce**  3:9

**apologize**
27:12,17

**apparently**
14:2

**appearance**
3:9

**appeared**
19:20

**appears**  5:12
6:1

**application**
17:16

**archive**  32:6

**area**  15:12
18:6,7,10
25:13

CarolinaOne_013211

Index: argue..click

argue  16:13
  31:13
  33:23

argued  26:2

arguing
  11:17

argument
  10:5 31:24

arrive  27:24

arrived
  12:22

arrow  14:8

attached
  21:10

attachments
  9:19 10:8

attempt  8:13

attorney
  4:15

attribution
  22:9

authority
  7:15

avoid  8:21,
  25 9:6,9

award  13:8
  28:23,25
  29:3,7,18
  31:11

_____

          B

back  5:9

7:18,19
  8:22 10:25
  30:21

background
  7:4 14:24,
  25

backlit
  25:17

balancing
  25:17

based  6:24
  10:12
  14:24

basis  8:17
  12:22
  13:14 19:4

Beach  16:22
  17:4,25
  18:1,15
  24:12,13

Bible  20:24

big  9:18
  18:12 24:5

bit  5:5
  11:15

blocked  4:2

Blue  24:24

blur  25:18

board  22:18

booking
  22:18

booking.com
  27:18

Boone  18:8
  25:6

box  20:17

brother-in-law
  4:16

brought
  23:22

bulldozers
  6:4

business
  5:21,25
  6:7,8,15,
  19,20 7:10
  24:6 28:3

_____

          C

cached  23:21

calculation
  12:25

calendar
  34:11

calender  3:4

call  4:1,22
  11:1 20:14
  30:21
  34:12,15

called  13:10
  32:7

calling  18:8
  19:10

canopy  25:1

capture

24:24

Carolina
  31:4
  33:10,20

case  16:1
  31:3

cases  17:7
  30:10

casually
  18:21

catch  27:21

cetera  16:21

charged
  12:4,11

chronology
  32:2,5

circle  14:8
  29:25

circuit
  29:21

circumstances
  17:6 33:8

cite  17:7

claimed
  30:11

clear  7:1
  20:8

Clerk  9:23

Clerk's
  20:20

click  30:23

CarolinaOne_013212

clicks  15:7

CMI  30:14

coaching
  21:24

cockpit
  13:18,19

collect
  33:5,17

color  25:23

comment
  31:20

common  11:3

communicate
  3:20

communicating
  32:24

communication
  4:12,18

communications
  3:18

companies
  24:9

compared
  18:22 19:5

complaint
  5:13 10:15

complete
  27:15

completely
  14:21
  29:25

complexity

5:5

compound
  5:19 8:16

comprehensive
  7:6,7

computer
  13:10
  23:20

concern
  26:15

concert  29:7

concluded
  34:17

confidence
  8:18 9:5,8

confident
  7:14

considers
  22:23

constitutes
  29:17

consulted
  4:15

contacted
  24:9

contention
  29:16

context
  17:8,12,13

control  30:8

conversation
  4:8

copy  4:6
  10:14 27:6

copyright
  11:11
  29:22
  30:3,13

correct  4:10
  8:14 10:21
  12:16,17
  27:14
  28:22
  29:2,9,21

corrections
  21:14

correctly
  28:3 29:15

cost  22:3

counsel  3:8,
  9

count  15:5
  26:9

counted
  26:10

counting
  27:15

couple  26:21
  33:19

Court  3:3,
  12,14,23
  4:4,11,23
  6:11 7:13,
  23,25 8:7,
  9,10,17
  9:12

10:17,19,
23,25 11:9
12:5,13,
15,18
13:3,8,21
15:2,20,25
16:8,10
18:7,14,20
19:1,9
20:2,6,19
21:1,5
23:2,15,22
26:21
27:5,7,8,
12,13,22
28:5,13,18
29:5,11
30:25
31:10
32:13 33:8
34:1,2,7,
14,16

Court's  13:6

COURTROOM
  20:23
  34:13

cousin  4:16

cover  32:17

covered  25:9
  32:13,16

crawl  32:9

creates  22:4

creating
  25:19

creative

CarolinaOne_013213

25:19

**crop**  30:18

**cropped**
29:25
30:13

---
        **D**
---

**damage**  12:6
13:8 15:23
21:21 29:2

**damages**
10:21
11:3,11,
12,13,16,
18,20,21,
23,24
12:16
19:17,18
28:22,23,
24,25
29:19
31:11

**damaging**
29:24

**Dana**  3:10

**David**  3:13

**day**  25:22
32:9

**deal**  9:18

**debtor**  33:6

**decisions**
25:19

**Declaration**

21:10,15
26:13
27:4,9

**decreasing**
31:14,15,
17

**default**  3:6
5:4,7,10
9:3,15
10:18
11:1,3
19:24

**Defendant**
14:16
32:23

**Defendants**
3:16 4:7,
9,25 6:16,
18 7:16
14:2,13,22
19:21,23
29:1

**defending**
31:5

**demand**  10:13

**Demanded**
10:3

**depict**  17:22

**depiction**
19:5

**deposed**
17:18

**DEPUTY**  20:23

**derived**
15:19

**desk**  6:14
20:20

**detached**
14:21

**detail**  8:15

**determination**
10:20
13:6,7

**determine**
11:2 32:4,
7

**difficult**
33:16

**digital**
29:22
30:4,14

**directed**
3:23

**dirt**  6:1,2
7:11

**disclosed**
13:1

**discount**
22:14

**discovered**
26:1

**discovery**
33:15

**discrepancy**
26:5,12

**discussed**
13:15

**displayed**
27:16

**distinct**
26:14

**distortion**
25:3

**distribution**
31:23

**DMCA**  19:17
29:4,13,19
31:11,16

**docketed**
9:21

**document**
9:22,24
10:3,4
26:10

**documents**
7:22 33:25

**dollars**
21:21
22:12 24:1

**downloading**
22:7

**downstream**
30:10

**dozen**  22:13

**duration**
22:23

CarolinaOne_013214

## E

e-mail  4:6
  30:6

e-mails  3:21

earlier
  28:20

easier  5:3

easily  31:1

easy  30:23

Ebookers
  23:11

ebookers.ie
  27:20

effect  16:12
  25:10

effort  24:6

election
  11:10,12,
  17,22

electric
  5:19 7:22

element  12:6

elements
  12:7 18:19

enter  8:22
  9:1

enticement
  15:13

entitling
  29:18

entity  31:4

entry  3:6
  5:10 9:3,
  15 10:20

equipment
  18:16

essence  10:5

establish
  28:4

evaluate
  11:20

evaluation
  10:19

evidence
  11:16
  19:14,15
  20:9

EXAMINATION
  21:7 26:20

exhibit  8:7,
  8

expect  16:5
  33:23

expected
  10:5,10

expecting
  10:11

Expedia
  23:18

expedia.com
  27:19

explanation
  7:1

exposure
  25:17

## F

F-O-T-O-Q-U-O-
T-E  13:11

face  10:3

facie  8:20

facility
  5:23

facing  25:16

fact  14:7
  16:3 17:24
  20:8 24:16
  30:9

factor  13:5
  16:14,17
  17:7,14

factors  19:1
  22:2,3,9

facts  13:6

failed  8:13,
  15

failure  9:3
  10:2

fall  25:23

family  7:10

Fedex  3:23
  6:13 8:1,
  12

fee  13:13,
  14 14:18

21:22

feeds  13:5

feel  7:13

fees  21:21

fenced  5:19

figure  28:9
  33:13

figured  20:3

file  9:21
  19:20
  33:24

filed  4:5
  9:15,19

filing  10:10

film  17:14

find  17:20

Finder  7:6

finger  9:11

Florida
  33:5,16

flying  18:17
  25:22,23

folks  8:4

follow  10:2
  28:15

follow-up
  26:21
  27:23

forget  32:25

forward  8:19
  20:19 33:1

Fotoquote
 13:10
 21:24

fourth
 23:12,17

front  6:14
 21:25
 25:15

_____

**G**
_____

gate  5:19
 7:22

gave  13:21

give  12:5,
 21 21:1

giving  11:19
 34:1

glare  25:2

gleaned  6:12

God  21:3
 34:15

good  3:3
 6:22 7:1
 8:18,20
 18:14

grab  27:4

Griffin  3:5,
 25 4:13
 5:15 6:20,
 22 9:1
 29:6

Griffins
 3:19 6:7

17:18

guess  9:14,
 23

guide  21:24

gut  7:21

_____

**H**
_____

hand  20:24
 27:6

hanging
 4:13,18
 13:19

happen  15:24

happy  15:20,
 23

hard  17:10

head  9:16
 10:1

hear  33:21

heard  19:14
 21:17

hearing  3:16
 10:12 16:3
 20:4 32:16

heavy  18:5

high  5:19

home  5:21
 6:9 23:25

homeaway
 27:1

homeaway.com

27:20

homestead
 5:22 6:10

honed  24:23

Honor  3:10,
 17 4:21
 7:21 8:2
 10:22
 12:12,17
 13:4 17:17
 20:16,22
 21:6 23:14
 28:16 30:3
 31:20
 32:20
 33:22 34:6

Honorable
 34:14,16

hours  25:24

house  14:9
 15:13
 26:6,17

how's  30:23

hundred  34:3

hung  4:3

hypothetical
 14:23

_____

**I**
_____

idea  12:5

identical
 27:1

identify

14:5

identifying
 27:14

image  17:14,
 19 18:2,5,
 24 24:7,20
 27:11,21
 29:13

images
 24:11,13
 30:5

implements
 6:3

implies  6:15

important
 15:15,16
 29:23

included  4:6
 12:9

including
 12:7

indication
 4:15 30:12

information
 11:19 12:3
 21:20
 23:24 27:1
 29:23
 30:4,7,13

infringed
 24:9 29:3,
 6

infringement
 29:4 30:11

CarolinaOne_013216

Index: infringements..license

infringements
22:6,7

infringer
31:6

infringers
30:10

initially
24:10

injunctive
12:16

innocent
30:11

input   22:22

Inquiry   11:1

inside   26:16

instance
6:19

intact   30:1

intend   12:1

interest
14:17

interesting
23:23

interior
15:16

internet
16:23
17:20
18:23
23:20
30:17,23
32:6

interpretation
s   20:11

interpreted
11:18

introduced
4:2

introducing
4:12

involved
16:15

issue   26:22

issues   5:2
7:2 21:18

item   34:10

iteration
29:4

―――――――――

J

―――――――――

j2ski.com
27:20

jointly
28:25 29:8

Judge   21:17
23:24
24:19
25:25
33:23

judgment   3:7
5:4,7 8:22
9:2,3,11,
15 10:18,
20 11:3
33:2,5,15,

17,25

jury   10:3,
6,7,11,13
11:2

―――――――――

K

―――――――――

key   31:9

kind   7:11,
24 9:15
24:3,8
25:3,14

knew   31:25

knowledge
5:16 6:18

―――――――――

L

―――――――――

landscaping
6:1 7:12

large   25:5

latest   32:3

law   20:11
29:21

lawsuit   33:1

lawyer   31:5

lawyers   16:1

lay   18:20

leave   19:13

left   9:16
10:1 20:23
26:6,8
29:25

legal   19:12
28:21

Lejune   3:10,
11,13,15,
17 4:10,20
5:16 7:3,
20 8:14
9:8 10:16,
22 12:2,17
13:4 15:1,
4 16:7
17:17
18:11 19:7
20:1,3,16,
22 21:6,8
23:2,4,5,
13,16
27:5,7
28:14,16,
20 29:2,
10,20
31:3,19
32:20
33:11 34:5

lender   33:15

length   22:21

lesser   32:3

let alone
24:25

Lexis   7:5

liable   29:8

license   12:4
13:13,14
14:18
18:23,24

CarolinaOne_013217

21:21,22
22:2,16
24:7 27:25

licensed
24:3

licensee
28:9

licenses
28:4

licensing
22:11
28:7,8

lift  9:10

light  16:2

lighting
25:15

listed
26:23,24

listing
14:4,13,16
27:3,11

listings
26:16 27:3

litigation
32:22

local  9:18

location
6:16 7:10,
16 14:5,18
15:9

lodge  17:23

longer  17:11

looked  23:7
24:12

lose  30:8

lot  4:11
5:3 6:11
8:5 12:7
14:1 17:3
24:5 25:6,
11,19 30:7

lots  8:14

low  25:1

_____

M

Machine  32:7

made  8:7
9:24 11:22
20:1 27:10

mailing  3:24
30:6

make  9:17
14:1 19:2
21:14 25:7

makes  24:20
25:18

making  9:2
31:2

managed
17:10

management
29:23 30:4

marked  8:8

Marshall

34:10,13

material
17:3 19:19

matter  3:4,
14 20:7
21:1 22:10

means  16:20

measure
31:16

mechanical
6:4

memory  23:13

mentioned
23:24
28:20

mind  24:17,
21

mine  24:18

minimal
14:11

minute  18:7

minutes
19:11

miscounted
26:8

mistake  20:1
27:10,12

MLS  30:19
31:4,5

moment  17:15
29:12

money  24:4

months  31:7

morning
21:11
23:19 26:1

mortgage
33:12

mortgaged
33:12

motion  3:6
9:2,14,19,
20 10:18
12:4 16:13
21:10 26:2

mountain
15:11,14
16:22
17:4,25
18:1,15
24:12,13
25:9,16

Mountains
24:24

move  5:9
9:2,12
11:6

multiplier
16:17

_____

N

named  5:15

narrower
28:5

national
31:5

CarolinaOne_013218

Index: nature..piecemeal

nature  14:21
  16:15
  19:13
  28:21

negotiated
  28:11

non-willful
  12:8

north  25:16
  33:10,20

note  5:6

notes  8:6
  32:17

notice  3:15
  4:24 16:24

number  4:2
  8:9 12:22
  13:1,3,23,
  25 14:19,
  23,24
  15:2,18,22
  19:18

numerous  6:3

──────────
        O
──────────

obvious
  18:20

offhand
  22:24

online  24:16

open  13:18
  25:1,3

opens  15:8

operate  6:7

Oppenheimer
  3:5,13
  10:9 12:10
  13:9
  15:19,21
  17:1 19:8
  20:14
  21:4,9
  26:22 27:6
  28:15,18
  29:18,24
  30:9

Oppenheimer's
  12:3 13:16

opportunity
  20:15
  32:19

opposed
  24:21

Orbitz  23:12

order  7:24
  10:24

ordinary  5:6
  17:13

ostensibly
  4:7

owner  24:1

owns  33:19

──────────
        P
──────────

p.m.  34:17

paragraph

27:8

part  10:10
  13:19,21,
  22 14:12
  15:23
  16:13

partially
  29:11

paste  10:14

pay  22:16

paying  14:17

payment  24:8

peak  25:22

penalty
  31:22 32:4

people  7:5
  10:23
  15:13
  24:25 25:3

people's
  24:14,18

percent
  22:14,17

period  32:11

person  5:15
  6:17 14:17
  18:20
  26:18

personal
  5:16 8:4

persons  6:13

phone  3:25

photo  14:18
  19:20
  22:4,5
  25:14 27:2

photograph
  14:3,7
  15:4
  16:16,20,
  23 17:9,
  10,11,12,
  25 18:15
  19:2 24:2
  30:8

photographer
  14:25
  18:18

photographs
  15:6 16:24
  17:2,25
  24:3 28:1
  30:16

photography
  24:6 25:4

Photoquote
  22:11,14,
  22,23
  27:23,24

photos  15:16
  23:8 24:16

pick  17:24

picked  17:19

picture
  18:21 25:8

piecemeal

CarolinaOne_013219

6:25

**pilot**  18:17

**pin**  32:10

**place**  33:16

**Plaintiff**
11:10

**Plaintiff's**
3:6  8:8

**plane**  13:17

**planes**  25:22

**play**  16:18
19:15

**plug**  13:12

**point**  12:13
18:13  19:2
23:22
28:12  33:4

**popular**
16:21

**portion**
12:19

**post**  33:14

**posted**  7:22
19:21,22,
24  27:2
29:14

**posting**
29:16
31:12

**postings**
32:5

**practice**

11:4  28:3
32:21,22

**preliminary**
3:14

**present**
10:11,18
11:15
19:16

**presentation**
34:7

**presented**
10:6

**presents**
10:4

**presumption**
10:13

**pretty**  7:6

**prevents**
22:6

**prima**  8:20

**print**  23:19

**prints**  24:5

**private**  3:22
5:18

**probable**
9:10

**problem**
30:22  33:9

**problems**  9:6
21:18

**procedural**
9:14

**proceed**  9:7
21:5

**proceeding**
15:25

**proceedings**
34:17

**process**  3:22
5:1,11,18
7:15,17
8:3,6,11,
13  9:4

**program**
13:10,11
21:25

**promissory**
5:6

**promotional**
17:3

**proper**  5:11

**property**
5:21  6:5,9
14:4,5,6,
14,16
15:10,17
23:25
26:18
30:17  31:2
33:10,12,
18,19

**protected**
30:12

**provide**  8:9

**provided**
3:15

**published**
17:4

**pulled**  12:23
13:23
14:20

**put**  9:22
12:2  14:2,
22  15:19
16:4
20:12,23
22:24  34:8

**puts**  30:4

———————

**Q**

———————

**question**
9:13  11:9,
25  13:24
24:19  28:5

**questions**
6:23  15:21
16:11
19:12
20:10
28:21
32:15
33:24  34:4

———————

**R**

———————

**raise**  20:24

**range**  11:21
12:6  15:23

**rare**  18:6,
8,9,25
19:3

CarolinaOne_013220

**rarely**  24:17

**re-serve**
  7:19

**read**  3:21
  4:11 11:14

**reading**  11:7
  12:20

**ready**  16:8

**real**  6:9
  30:22

**realize**  26:5

**realtors**
  30:15,16,
  20,25 31:8

**reason**  12:2,
  9 13:25
  26:11
  32:15

**reasons**  4:23

**recall**  22:24
  28:10

**receipts**
  3:21

**receive**  7:15

**received**
  24:8

**receptionist**
  6:6,14,21

**recess**
  34:11,14

**recognize**
  3:8

**recollection**
  4:21 5:24
  7:23,25

**recommends**
  22:11,14

**record**  5:12
  6:12,25
  8:20 16:2

**records**  6:9
  26:7

**recounted**
  6:11

**reduction**
  31:24

**refer**  4:7,14

**reference**
  10:13

**referring**
  8:10

**refers**  6:13

**reflect**  6:10
  7:9

**reflection**
  25:2

**refresh**
  23:13

**refreshing**
  4:20

**refused**  3:17

**regard**  3:16
  5:1 11:11
  12:18
  15:18

**29:12**
**31:10**

**Reidinger**
  21:17
  23:24
  33:23

**relation**
  15:10

**relative**
  21:18

**relevant**
  22:10

**relief**  12:16

**removal**
  29:22
  31:22

**remove**  30:18

**removed**
  30:14

**rent**  15:13

**rental**  14:4
  15:10,17

**rentbyowner.
com**  27:19

**report**  7:8

**reports**  7:4

**represented**
  17:22

**reputation**
  34:2,3

**require**  9:18

**resort**  16:22

**17:4 23:25**

**respect**
  33:22

**respond**  15:1

**response**
  3:19

**responses**
  4:14

**result**  14:15

**return**  28:19

**revealing**
  15:9

**review**  21:9,
  25

**reviewing**
  26:13

**Ridge**  24:24

**rise**  34:13

**risk**  22:3,4

**rock**  6:3

**rules**  9:18
  10:2

**ruling**  10:19

———————

**S**

**sanction**
  31:14,17

**satisfy**
  25:25

**save**  34:15

CarolinaOne_013221

**scarcity**
16:14
17:6,7,13
18:4,14

**schematic**
16:20

**scratching**
9:16 10:1

**screen** 15:8

**seeking**
12:15 29:9

**sell** 6:2
7:11 30:17

**selling** 24:5
31:2

**sense** 14:1

**separate**
9:22 22:4,
7 29:16,
17,18
31:4,11,12

**serve** 8:13

**served** 5:13
6:16 32:23

**server** 3:22
5:18 8:3

**server's**
8:6,11

**service** 5:1,
11 6:22,23
7:15,24
8:3,4,18,
20 9:4

**services**
7:12

**set** 5:9 9:2
10:12 16:3
17:2

**setting**
32:15

**severally**
28:25

**severely**
29:8

**shifted**
11:16

**short** 10:24

**shot** 16:19
18:25 19:3

**show** 17:5

**showed** 26:16

**showing**
16:19

**shows** 15:11,
12

**shutter**
25:18

**sides** 25:9

**signed** 6:16,
21

**significance**
9:14

**significant**
22:18

**similar**

24:16,18

**simply** 4:12,
18 10:14
31:1,6

**single** 23:25
24:7

**sir** 23:4
29:10,20

**situation**
8:25 25:15

**ski** 15:10
16:22
17:2,4,23
25:13

**skill** 18:17
24:23

**slopes** 15:12
17:2 25:7

**small** 14:11,
12

**snow** 18:6,
8,9 25:5,
6,7,10,12

**so-called**
16:14

**software**
27:23,24
28:6

**solemnly**
20:25

**sort** 7:1
14:16

**sounds** 16:7

19:10

**speak** 3:25
19:8

**special**
24:20,21

**spend** 24:1

**spent** 8:2
33:3

**stack** 18:24

**stand** 16:4
20:13,21

**stands** 34:14

**started** 20:4

**starting**
11:15
28:11

**state** 33:6,
19

**statement**
8:6,11,12
29:21

**States** 34:15

**statutory**
11:12,17,
21,23 12:6
13:7 15:23
28:24 29:2

**stopped**
12:14

**storage** 5:23

**storm** 18:6,
8,12 25:6

CarolinaOne_013222

storms   18:9

stricken
  9:23

strokes   31:9

structures
  5:20

stuff   24:15

submitted
  11:8,14
  12:19,21

subparts
  27:9

subpoena
  33:15

substance
  11:6

successfully
  25:1

successively
  32:1

sufficient
  9:5,8

sufficiently
  7:13

suggested
  7:25

suggests
  22:1

Summons   5:13

sun   25:16

super   24:21

supplement
  16:2

support   9:20
  15:22

surrounding
  15:12 25:9

suspect
  31:21
  33:14

suspected
  23:25

swear   20:25

sworn   20:20

—— T ——

table   28:19

takes   15:7

taking   16:16
  33:21

talking   8:12

technique
  24:24

telephone
  4:8

telling
  16:5,6

tells   18:1

tend   24:14
  30:16

terminated
  4:22

terms   16:19
  18:4 32:2

testify
  20:17 23:3

testimony
  20:25

Texas   33:7

text   10:4

thing   4:25
  7:6,19
  9:17 12:12
  17:5,9
  19:14
  27:22
  32:20

things   8:21
  11:5 20:12
  26:22 30:5

thought   8:23
  11:4 26:11
  31:19

thousands
  13:12

threshold
  11:25

throw   20:12

throwback
  11:5

time   3:20
  4:1 22:21,
  25 31:25
  33:3,21
  34:1,8

times   27:2

TLO   7:7

today   10:17
  22:1 23:9
  34:4,11

today's   3:16

told   7:21

tops   25:9

trails   25:12

Transunion
  7:7

travel   22:19

Travelocity
  23:11

travelocity.
com   27:19

tree   25:8

tricky   25:15

trier   13:6

trouble
  10:23
  32:23

true   30:15

truth   21:2,3

type   5:7,23
  6:1 22:19

types   6:2

typically
  25:7

CarolinaOne_013223

**U**

**unavailable**
  31:2

**unclear**  11:8

**underlies**
  12:25

**understand**
  28:23
  29:15
  33:6,16

**understanding**
  5:17  7:3
  28:2  30:3

**undertaken**
  25:1

**unique**  16:23
  22:5  24:25
  25:3

**United**  34:15

**unlike**  29:3

**unrelated**
  26:16

**unsuccessful**
  3:23

**upper**  13:19

**URLS**  27:11,
  21

**V**

**vacation**
  14:4

**value-added**
  22:1,2,9

**variable**
  22:21

**variables**
  13:12,15

**versus**  3:5

**violation**
  29:17

**violations**
  19:19
  31:18

**virtue**  19:23

**VRBO**  32:1

**vrbo.com**
  27:18

**W**

**Wait**  18:7

**wanted**  4:4
  10:6  12:13
  17:22
  20:11
  23:23
  25:25
  27:22
  32:14,17

**wanting**  11:9
  20:13

**warm**  25:11

**watermark**
  22:6,8

**Wayback**  32:7

**ways**  11:18

**web**  24:22

**website**  15:7
  18:1
  22:12,13,
  15,16,17,
  19  26:23,
  25  29:17
  30:6  31:12
  32:9

**websites**
  19:24
  23:9,10
  26:2,13,
  14,23
  27:16
  29:15  32:5

**week**  8:22
  9:1  18:10

**wild**  30:20

**willful**  12:8

**winter**  25:8

**wondering**
  24:19

**words**  11:2
  14:11

**work**  6:19
  7:9  22:8
  24:5,14
  27:16
  29:3,5

**working**  6:20

**works**  24:18
  25:20
  30:11

**Y**

**year**  25:23

**years**  10:25
  11:5  22:25
  23:6  25:11
  32:21

**Z**

**Zapruder**
  17:14

CarolinaOne_013224