# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (CHARLESTON DIVISION)

| | |
|---|---|
| David Oppenheimer, | CASE NO: 2:19-cv-03590-RMG |
| Plaintiff, | |
| v. | |
| Michael C. Scarafile, Patricia R. Scarafile, Sheila Glover Romanosky, and O'Shaughnessy Real Estate, Inc., d/b/a Carolina One Real Estate, | |
| Defendants. | |

## JOINT MOTION FOR "RUBIN ORDER" TO DISMISS DEFENDANTS DUE TO SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff David Oppenheimer and Defendants Michael C. Scarafile, Patricia R. Scarafile, Sheila Glover Romanosky, O'Shaughnessy Real Estate, Inc. d/b/a Carolina One Real Estate, and hereby jointly move this Court to issue a "Rubin Order" dismissing Defendants Michael C. Scarafile, Patricia R. Scarafile, Sheila Glover Romanosky, O'Shaughnessy Real Estate Inc. d/b/a Carolina One Real Estate, from the present lawsuit on the grounds that Plaintiff and said Defendants have reached a settlement agreement in principal and seek time to consummate it. See Fed. Rule Civ. Pro. 60(b)(6); _Fairfax Countywide Citizens v Fairfax County_, 571 F.2d 1299 (4th Cir. 1978).

Plaintiff and all Defendants hereby seek dismissal of Defendants and all claims against them. At present, Plaintiff's claims are the only ones against Defendants in the case. None of the

1

other defendants or any third parties have filed suit or made a claim against Michael C. Scarafile, Patricia R. Scarafile, Sheila Glover Romanosky, O'Shaughnessy Real Estate Inc.. d/b/a Carolina One Real Estate in relation to this lawsuit; and Defendants have filed no counter-claims, cross-claims or third party claims.

Plaintiff and Defendants Michael C. Scarafile, Patricia R. Scarafile, Sheila Glover Romanosky, O'Shaughnessy Real Estate Inc. d/b/a Carolina One Real Estate further request that, if neither of them has petitioned the Court to reinstate the claims against said Defendants within sixty (60) days, or to enforce the settlement, then the dismissal hereunder shall be *with prejudice*.

Respectfully submitted:

ALLEN LEGAL

By:      s/Samuel K. Allen
    Samuel K. Allen
    Federal ID No.: 7744
    Eric S. Brock
    Federal ID No. 7546
    1417 Ashley River Road
    Charleston, SC  29407
    (843) 481.4000
    (843) 620.1134 fax
    sam@allenlegal.net
    eric@allenlegal.net and
    joann@allenlegal.net

DEJUNE LAW FIRM
Dana A. LeJune
Texas Bar: 12188250
NC Bar: 49025
2401 Fountainview, Suite 312
PMB 2361
Houston, Texas  77057-4808
713.942.9898 Phone
713.942.9899 Facsimile
dlejune@triallawyers.net
*Pro Hac Vice Counsel for Plaintiff*

NORTH CAROLINA OFFICE:
7 Orchard Street
Suite 200
Asheville, NC 28801

828-774-5800 Office

Attorneys for Plaintiff

Thrive IP

By: s/Jeremy M. Stipkala
    Jeremy M. Stipkala
    Fed ID 10479
    Stipkala & Klosowski d/b/a Thrive IP
    5401 Netherby Lane, Suite 1201
    North Charleston, SC   29420
    Telephone: 843-580-9057
     Fax: 866-747-2595
     Jeremy.Stipkala@Thrive-IP.com

January 26, 2023
Charleston, South Carolina